PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 55166

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 97-6177-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Stephen Gene Reynolds

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, United States District Judge, Ft. Lauderdale, Florida

Date of Original Sentence: August 5, 1999

Original Offense: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), a Class A felony.

Original Sentence: One hundred eighty months (180) custody of the Bureau of Prisons followed by three (3) years supervised release. Special conditions: 1.) Participate in a an approved treatment program for mental health/substance abuse. 2.) Submit to search of person or property. Additionally, the Court ordered the defendant pay a $100 special assessment fee.

June 24, 2013: Report on Offender Under Supervision (Prob 12A) submitted for marijuana use on June 7, 2013.

August 6, 2013: Report on Offender Under Supervision (Prob 12A) submitted for cocaine use on July 22, 2013.

Type of Supervision: Supervised Release     Date Supervision Commenced: February 24, 2012

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in the Residential Reentry Center for a period of <u>not more than 90 days</u>, or until otherwise released by the Court.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 55166

## CAUSE

1. **Violation of Standard Condition,** by failing to refrain from excessive alcohol use. On or about February 18, and April 18, 2014, the defendant consumed alcohol to excess and became intoxicated as evidenced by his own admission.

Respectfully submitted,

by  *Diane Acquaviva*  
Diane Acquaviva  
May 1 2014 8:29 AM

Diane Acquaviva, Senior  
U.S. Probation Officer  
Medardo Monterrey  
Apr 30 2014 8:54 AM  
Phone: (954) 769-5573  
Date: April 29, 2014

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

5/2/14  
Date