PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 55166

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 97-6177-CR-ZLOCH

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Stephen Gene Reynolds

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, United States District Judge, Ft. Lauderdale, Florida

Date of Original Sentence: August 5, 1999

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), a Class A felony. |
| Original Sentence: | One hundred eighty months (180) custody of the Bureau of Prisons followed by three (3) years supervised release. Special conditions: 1.) Participate in a an approved treatment program for mental health/substance abuse. 2.) Submit to search of person or property. Additionally, the Court ordered the defendant pay a $100 special assessment fee. |
| | June 24, 2013: Report on Offender Under Supervision (Prob 12A) submitted for marijuana use on June 7, 2013. |
| | August 6, 2013: Report on Offender Under Supervision (Prob 12A) submitted for cocaine use on July 22, 2013. |
| | May 2, 2014: Conditions modified to include 90 day placement at residential reentry center for excessive alcohol use. |

Type of Supervision: Supervised Release      Date Supervision Commenced: February 24, 2012

## PETITIONING THE COURT

[]      To extend the term of supervision for _ years, for a total term of _ years.

[X]      To modify the conditions of supervision as follows:

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 55166

**The condition to participate in the residential reentry center for a period of 90 days is hereby substituted for the following:**

**The defendant shall participate in and successfully complete the 90-day residential drug treatment program at Spectrum Programs.**

# CAUSE

1. **Violation of Standard Condition,** by failing to refrain from excessive alcohol use. On or about June 27, 2014, the defendant consumed alcohol to excess and became intoxicated as evidenced by the termination report from the residential reentry center and the defendant's own admission.

2. **Violation of Standard Condition,** by failing to participate in and reside at the residential reentry center. On or about June 27, 2014, the defendant was unsuccessfully discharged from the residential reentry center for failing to abide by the rules of the center.

On May 23, 2014, the defendant entered the residential reentry center for a period of 90 days (via a Prob 12B signed on May 2, 2014) due to excessive use of alcohol. On June 27, 2014, it was suspected the defendant was intoxicated, and he was confronted by the staff. An alcohol test was administered which yielded positive results. The defendant became belligerent to the staff, and he was unsuccessfully discharged from the center.

The defendant has an extensive history of Alcohol Dependence. He showed remorse for his actions at the center, and he agreed to enter the residential drug program. The defendant did enter the 90 day residential drug program on July 3, 2014. He is doing exceptionally well, and he is making good progress. Upon the defendant completing this program, he will be placed in the outpatient drug program so he can continue with his recovery. The defendant's term of supervision is due to expire on February 23, 2015.

PROB 12B                                                    SD/FL PACTS No. 55166
(SD/FL 9/96)

**II.    RECOMMENDATION**

     This officer is respectfully requesting the condition to participate in the residential reentry center for 90 days is substituted for participation in the 90 day residential drug program.

     The defendant has signed a Waiver of Hearing Form agreeing to this modification. It has been attached for Your Honor's review.  If Your Honor is in agreement, please indicate and sign below.

Respectfully submitted,

by     *Diane Acquaviva*
            Diane Acquaviva
            Aug 14 2014 1:52 PM
                                    Medardo Monterrey
                                      Aug 14 2014 1:44 PM

Diane Acquaviva, Senior
U.S. Probation Officer
Phone: (954) 769-5573
Date: August 14, 2014

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]     Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
8/15/14
Date